The WILDERNESS SOCIETY; Prairie Falcon Audubon, Inc., Plaintiffs–Appellees,

v.

UNITED STATES FOREST SERVICE; Jane P. Kollmeyer; Scott C. Nannenga, Defendants–Appellees,

and

Magic Valley Trail Machine Association; Idaho Recreation Council; Blueribbon Coalition, Inc., Defendants–Intervenors–Appellants.

No. 09–35200.

United States Court of Appeals,
Ninth Circuit.

Sept. 30, 2010.

David A. Bahr, Eugene, OR, Megan Mccrea Anderson O'Reilly, Erik Schlenker–Goodrich, Taos, NM, Scott W. Reed, Coeur D'Alene, ID, for Plaintiffs–Appellees.

Katherine Wade Hazard, Jason A. Hill, Beverly F. Li, Trial, DOJ—U.S. Department of Justice, Washington, DC, for Defendants–Appellees.

Paul A. Turcke, Moore Smith Buxton & Turcke Chartered, Boise, ID, for Defendants–Intervenors–Appellants.

D.C. No. 4:08–cv–00363–EJL.

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be heard en banc pursuant to Circuit Rule 35–3.